JS-6

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

Case No. 2:22-cv-03324-JAK (SP)

11

PAULINE HUNTER,

12

             Petitioner,

**JUDGMENT**

13

      v.

ALEX VILLANUEVA, Sheriff,

14

             Respondent.

15
16
17
18

      Pursuant to the Order Accepting Findings and Recommendation of United States

19

Magistrate Judge,

20

      IT IS HEREBY ADJUDGED that the Petition is denied and this action is

21

dismissed without prejudice.

22
23

Dated:   May 31, 2023

24
25

JUDGE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

26
27
28